**Elbert Jasper NEWSOM, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 34395.**

Court of Criminal Appeals of Texas.

March 7, 1962.

William H. Scott, Jr., Houston, for appellant.

Frank Briscoe, Dist. Atty., Samuel H. Robertson, Jr., Carol S. Vance, Asst. Dist.

Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is procuring; the punishment, 30 days in jail and a fine of $50.

The complaint and information allege the procuring of Mary Ann Keith and trial was before the court. Otherwise the information, the evidence, and the questions raised are the same as in Newson v. State, Tex. Cr.App., 356 S.W.2d 313, wherein the judgment of conviction of the appellant herein was affirmed. Our opinion therein is here controlling.

The judgment is affirmed.